UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

BADLANDS TRUST COMPANY,
A SOUTH DAKOTA CORPORATION,
AS TRUSTEE FOR
LOLA BROWN TRUST NO. 1B

          Plaintiff,

v.

FIRST FINANCIAL FUND, INC.
A MARYLAND CORPORATION,

          Defendant.

Civil Action No.
JFM 02-CV-2423

## PRELIMINARY INJUNCTION ORDER

Plaintiff Badlands Trust Company, as trustee for Lola Brown Trust No. 1B, has moved for entry of a preliminary injunction against Defendant First Financial Fund, Inc. A hearing on the motion was held on September 10, 2002. For the reasons stated at the preliminary injunction hearing, the Court hereby GRANTS Plaintiff's Motion for Preliminary Injunction.

It is hereby ORDERED that Defendant First Financial Fund, Inc. is ENJOINED from holding, and shall not hold, a meeting of its board of directors pending entry of a final opinion and order on the merits of the case.

                                                  J. Frederick Motz
                                                  United States District Judge

Dated: September 11, 2002

Copies to:

James H. Hulme
Donald B. Mitchell, Jr.
Benjamin I. Fishman
J. Marcus Meeks
ARENT FOX KINTNER PLOTKIN & KAHN
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036-5339


Jeffrey B. Maletta, Esq.
Stephen G. Topetzes, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, N.W., Suite 200
Washington, D.C. 20036-1221