IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BADLANDS TRUST COMPANY, ET AL. *
                                *
v.                              *   Civil No. JFM-02-2423
                                *
FIRST FINANCIAL FUND, INC.      *
                              *****

ORDER

For the reasons stated in the accompanying opinion, it is, this _____ day of September 2002

ORDERED

1. Defendant's motion for summary judgment is denied;

2. Judgment is entered in favor of plaintiff against defendant; and

3. Defendant is enjoined to seat Dean Jacobson and Joel W. Looney as directors.

_____
J. Frederick Motz
United States District Judge

9

9