IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BADLANDS TRUST COMPANY,<br>a South Dakota corporation,<br>as Trustee for<br><br>LOLA BROWN TRUST No. 1B,<br><br>               Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL FUND, INC.,<br>a Maryland corporation,<br><br>               Defendant. | Civil Action No. JFM 02-CV-2423 |

## RENEWED MOTION OF FIRST FINANCIAL FUND, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant First Financial Fund, Inc ("Fund") hereby renews its Motion to Dismiss or, in the Alternative, for Summary Judgment on all claims stated in the Amended Complaint.

In support of the Motion, the Fund submits the accompanying Memorandum of Points and Authorities and proposed Order. Counsel for Plaintiff has advised that while Plaintiff does not object to the dismissal of this action, it does object to the terms of the proposed Order.

Respectfully submitted,

_/s/ Jeffrey B. Maletta_
KIRKPATRICK & LOCKHART LLP
Jeffrey B. Maletta, Bar No. 11852
1800 Massachusetts Avenue, NW
Washington, D.C. 20036-1221
(202) 778-9000
(202) 778-9100 (fax)

Counsel for Defendant First Financial Fund, Inc.

DC-563419 v2 0302663-0201

Of Counsel:

Jennifer L. Hieb, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Washington, D.C. 20036-1221
(202) 778-9000
(202) 778-9100 (fax)

James J. Hanks, Jr., Esq.
Teresa B. Carnell, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 19th Floor
Baltimore, Maryland 21202-3268
(410) 528-5600
(410) 528-5650 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| BADLANDS TRUST COMPANY,<br>a South Dakota corporation,<br>as Trustee for<br><br>LOLA BROWN TRUST No. 1B,<br><br>          Plaintiff,<br><br>v.<br><br>FIRST FINANCIAL FUND, INC.,<br>a Maryland corporation,<br><br>          Defendant. | Civil Action No. JFM 02-CV-2423 |

## MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF RENEWED MOTION OF FIRST FINANCIAL FUND, INC. TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

Defendant First Financial Fund, Inc. ("Fund"), a Maryland corporation, renews its Motion to Dismiss or, in the Alternative, for Summary Judgment on all claims in the Amended Complaint. In light of the Order and Judgment entered by the United States Court of Appeals for the Fourth Circuit on January 30, 2003 reversing the Order and separate Opinion of this Court invalidating the Fund's bylaw, the Fund respectfully requests that summary judgment be granted in its favor and the Amended Complaint dismissed with prejudice.

## DISCUSSION

On September 9, 2002, the Fund moved to dismiss or, in the alternative, for summary judgment on all claims in the Amended Complaint. On September 19, 2002, this Court issued its Order and a separate Opinion denying the Fund's Motion and entering Judgment for Badlands Trust Company ("Badlands"). *See Badlands Trust Company v. First Financial Fund, Inc.*, 224

F. Supp. 2d 1033 (D. Md. 2002). In so doing, the Court ruled that the Fund's bylaw governing the election of directors was invalid under the Maryland General Corporation Law ("MGCL"). MD. CODE ANN., Corps & Ass'ns §§ 1-101 – 3-805 (1999 & 2001 Supp.). *See id.* at 1038. It did not decide Badlands' claims under Section 16(a) of the Investment Company Act of 1940 ("ICA"). 15 U.S.C. § 80a-16(a). On January 30, 2003, the Court of Appeals for the Fourth Circuit reversed and entered Judgment in favor of the Fund. *See Badlands Trust Company v. First Financial Fund, Inc.*, No. 02-2088 (4th Cir. Jan. 30, 2003) ("Opinion"). In its Opinion, the Fourth Circuit held that the standard required by the Fund's bylaw governing the election of directors did not violate the MGCL. *Badlands*, slip op. at 7. The Fourth Circuit also decided the issue not addressed by this Court, ruling the holding over of the Fund's incumbent directors did not violate Section 16(a) of the ICA. *Id.* at 7-9. The Court denied Badlands Motions for Rehearing and for Rehearing En Banc on February 25, 2003. The Fourth Circuit's mandate was issued on March 5, 2003.

The Fourth Circuit's decision resolves all claims in this case in favor of the Fund. In light of that decision, the Fund respectfully moves that this Court dismiss the Amended Complaint with prejudice or, in the alternative, grant summary judgment in its favor.

A proposed Order is attached for the Court's consideration.

                                              Respectfully submitted,

                                              KIRKPATRICK & LOCKHART LLP
                                              Jeffrey B. Maletta, Bar No. 11852
                                              1800 Massachusetts Avenue, NW
                                              Washington, D.C. 20036-1221
                                              (202) 778-9000
                                              (202) 778-9100 (fax)

                                              Counsel for Defendant First Financial Fund, Inc.

Of Counsel:

Jennifer L. Hieb, Esq.
Kirkpatrick & Lockhart LLP
1800 Massachusetts Avenue, NW
Washington, D.C. 20036-1221
(202) 778-9000
(202) 778-9100 (fax)

James J. Hanks, Jr., Esq.
Teresa B. Carnell, Esq.
Ballard Spahr Andrews & Ingersoll, LLP
300 East Lombard Street, 19th Floor
Baltimore, Maryland 21202-3268
(410) 528-5600
(410) 528-5650 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

BADLANDS TRUST COMPANY, )
   a South Dakota corporation, )
   as Trustee for )
   )
LOLA BROWN TRUST No. 1B, )
   )
        Plaintiff, )   Civil Action No. JFM 02-CV-2423
   )
v. )
   )
FIRST FINANCIAL FUND, INC., )
   a Maryland corporation, )
   )
        Defendant. )

## ORDER AND JUDGMENT

Upon consideration of the Renewed Motion of First Financial Fund, Inc. to Dismiss or, in the Alternative, for Summary Judgment, it is this ____ day of March, 2003,

ORDERED that Defendant First Financial Fund, Inc.'s Motion is granted; and it is

FURTHER ORDERED that the Amended Complaint is dismissed with prejudice.

                                                            J. Frederick Motz
                                                            United States District Judge